IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                     Case No. 4:11-cv-210-DPM

JEFFREY A. TURNBOW                                          DEFENDANT

JUDGMENT

The United States' complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

29 June 2011